**STATE of Missouri, Respondent,**

v.

**Sherri L. O'NEAL, Appellant.**

**WD 78632**

Missouri Court of Appeals,
Western District.

ORDER FILED: September 13, 2016

Amy Bartholow, Columbia, MO, for Appellant.

Gregory Barnes, Jefferson City, MO, for Respondent.

Before Division Four: Mark D. Pfeiffer, Chief Judge Presiding, James Edward Welsh, and Edward R. Ardini, Jr., Judges

## ORDER

Per Curiam:

Sherri O'Neal appeals the circuit court's judgment convicting her, following a jury trial, of three counts of child abduction, in violation of section 565.156, RSMo 2000. We affirm. Rule 30.25(b).